1  John W. Amberg, California Bar No. 108166
   Vanessa A. Sunshine, California Bar No. 259490
2  **BRYAN CAVE LLP**
   120 Broadway, Suite 300
3  Santa Monica, California 90401-2386
   Telephone:  (310) 576-2100
4  Facsimile:  (310) 576-2200
   E:Mail:     jwamberg@bryancave.com
5              vanessa.sunshine@bryancave.com

6  Attorneys for Defendants
   COUNTRYWIDE HOME LOANS, INC.;
7  RECONTRUST COMPANY, N.A. and
   MORTGAGE ELECTRONIC REGISTRATION
8  SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VARGAS, | Case No. CV09-04533 SBA |
| Plaintiff, | Honorable Saundra Brown Armstrong |
| vs. | **ORDER RE: STIPULATION TO CONTINUE ADR SESSION COMPLETION DEADLINE** |
| COUNTRYWIDE HOME LOANS, INC.; CTC REAL ESTATE SERVICES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1 through 50, inclusive, | |
| Defendants. | |

SM01DOCS\774573

1  Having read and considered the parties' Stipulation to Continue ADR Session
2  Completion Deadline and good cause appearing,
3  IT IS HEREBY ORDERED THAT the Stipulation to Continue ADR Session
4  Completion Deadline is continued to May 25, 2010.

Dated: 3/8/10

*Saundra B Armstrong*
Honorable Saundra Brown Armstrong

Respectfully submitted,

John W. Amberg
Vanessa A. Sunshine
**BRYAN CAVE LLP**

By: */s/ Vanessa A. Sunshine*
    Vanessa A. Sunshine

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

On February 26, 2010, I served the foregoing document, described as **[PROPOSED] ORDER RE: STIPULATION TO CONTINUE ADR SESSION COMPLETION DEADLINE**, on all interested party(ies) in this action, as follows:

Gary Lane
Consumer Protection Legal Services, Inc.
2911 South Bristol Street
Santa Ana, CA 92704-6205
*Attorney for Plaintiff*
*Steven Vargas*

☒ (**BY MAIL**): I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ (**VIA ELECTRONIC SERVICE**): The document was served via The United States District Court – Northern District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge and any registered user in the case. Each transmission was reported as complete and without error.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2010, at Santa Monica, California

/s/ *Karina Lopez*
Karina Lopez

SM01DOCS\774573

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SM01DOCS\774573