John W. Amberg, California Bar No. 108166
Vanessa A. Sunshine, California Bar No. 259490
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E:Mail: jwamberg@bryancave.com
vanessa.sunshine@bryancave.com

Attorneys For Defendants
COUNTRYWIDE HOME LOANS, INC.;
RECONTRUST COMPANY, N.A. and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VARGAS,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.;<br>CTC REAL ESTATE SERVICES;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC. and<br>DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. CV09-04533 SBA<br><br>Honorable Saundra Brown Armstrong<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL** |

Pursuant to the Court's Order of May 10, 2010 granting the Motion to Dismiss Or, In the Alternative, Strike Portions of Plaintiff Steven Vargas' ("Plaintiff") First Amended Complaint against Defendants Countrywide Home Loans, Inc., ReconTrust Company, N.A. and Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants"), and dismissing the action prejudice,

IT IS ORDERED AND ADJUDGED that all claims against Defendants in Plaintiff's First Amended Complaint are DISMISSED WITH PREJUDICE.

SUCH JUDGMENT IS ENTERED.

Dated: 8/3/10

Honorable Saundra Brown Armstrong

Respectfully Submitted,

**BRYAN CAVE LLP**

By: /s/ *Vanessa A. Sunshine*
Vanessa A. Sunshine
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401.

On July 7, 2010, I served the foregoing document, described as **[PROPOSED] JUDGMENT OF DISMISSAL,** on each interested party in this action, as follows:

Gary Lane, Esq.
CONSUMER PROTECTION LEGAL SERVICES, INC.
2911 South Bristol Street
Santa Ana, CA 92704

☒ (**VIA ELECTRONIC SERVICE**): The document was served via The United States District Court –Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge and any registered user in the case. Each transmission was reported as complete and without error.

☒ (**BY MAIL**): I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ (**FEDERAL ONLY**) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 7, 2010 at Irvine, California.

           __/s/ *Brenda Vaziri*___
             Brenda Vaziri

793335

3

[PROPOSED] JUDGMENT